UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
JULIUS TERRELL, et. al.,                  )
                                          )
              Plaintiffs,                 )
                                          )
      v.                                  )        Civil Action No. 08-1641 (PLF)
                                          )
DISTRICT OF COLUMBIA, et. al.,            )
                                          )
              Defendants.                 )
_____ )

ORDER

For the reasons stated in the Memorandum Opinion issued this same day, it is

hereby

ORDERED that defendants' motion to dismiss [13] is GRANTED; it is

FURTHER ORDERED that this case is DISMISSED. This is a final appealable

Order. See Rule 4(a), FED. R. APP. P.

SO ORDERED.

_/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 29, 2010